## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Between in or around July 2017 and September 2017, in the District of Maryland and elsewhere, the Defendant, **CHENGUANG NI ("NI")**, knowingly conspired, confederated, and agreed with **Ming Zhang ("Zhang")** and others, to commit an offense against the United States, that is, to transport in interstate commerce any money, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of 18 U.S.C. § 2314.

The conspiracy centered around a scheme to defraud Maryland casinos by cheating at the game of baccarat. Baccarat is a card game in which players compare the value of two hands of cards—a "player" hand and a "dealer" hand. Each card has a point value, and before any cards are dealt, bettors place bets on which hand will be closest to nine. An employee of the casino, called a "dealer," then distributes the cards between the player and dealer hands according to fixed rules. Unlike in the casino game of blackjack, where a player can choose an action each turn that can affect the distribution of cards, in baccarat no bettor action can alter whether a given card is placed in the player hand or the dealer hand. As such, if a bettor knows the order in which cards appear in the deck, they can predict the outcome of any given baccarat hand with near-perfect accuracy and place their bets accordingly.

In order to prevent players from knowing the order in which cards will be dealt, casinos require dealers to shuffle the cards before placing them in play. Baccarat games are typically played with eight decks of 52 cards. At the start of the game, the dealer spreads all of the cards on the table and then shuffles them. Once shuffled, the decks are placed in a "shoe," which is a plastic box that keeps the cards in order until they are dealt.

At all relevant times, **NI** was a resident of New York. Casino 1 and Casino 2 were casinos located in Maryland. Each casino had a gaming floor that had various table games, including baccarat. Between approximately March 2017 and October 2017, **Zhang** worked as a dealer at Casino 1.

At some point during the summer of 2017, **NI** and **Zhang** met in order to develop, discuss, and agree on a scheme in which they were going to cheat Casino 1 and other casinos out of funds by cheating at baccarat. **NI** and **Zhang** agreed to at least the following: (1) **Zhang** would alert **NI** when **Zhang** was scheduled to deal baccarat at Casino 1. (2) Once **NI** arrived at the baccarat table at which **Zhang** was dealing, **Zhang** would expose a portion of the baccarat deck to **NI**, allow **NI** to take a picture or video of the deck using **NI**'s cell phone, and place the portion unshuffled into the shoe. (3) Knowing the order of the cards, and having a recording to support this knowledge, **NI** then would place bets accordingly. (4) In order to increase their baccarat winnings, **NI** also

would recruit others to play baccarat with **NI** and to place the same bets as **NI** while **NI** and **Zhang** were executing their scheme.

In furtherance of the conspiracy, on September 27, 2017, **NI** and **Zhang** followed these procedures (collectively, these procedures are hereinafter referred to as "the scheme"). **NI** and **Zhang** knew that **NI** and others would transport any money that they successfully stole as part of this scheme across state lines. **NI** and **Zhang** further agreed to enrich themselves personally from the scheme.

In furtherance of the conspiracy, **NI** and **Zhang** committed the following acts, in the District of Maryland and elsewhere:

- At some point during the summer of 2017, at a hotel near Casino 2, **NI** and **Zhang** met to discuss the details of the scheme and practice its execution. With two decks of cards, **Zhang** spread the cards face-up and allowed **NI** to use **NI**'s cell phone to record the order of the cards. **NI** and **Zhang** then agreed that **Zhang** would not shuffle that section of the cards and **NI** would place bets accordingly. **NI** and **Zhang** agreed that **Zhang** would receive a percentage of **NI**'s winnings from the scheme.

- Following their meeting near Casino 2, **NI** and **Zhang** spoke on numerous occasions about executing the scheme.

- Between approximately July 2017 and September 2017, **NI** was present with **Zhang** when **NI** executed the scheme at Casino 2.

- On or about September 27, 2017, in Maryland, **Zhang** called **NI** to inform **NI** that **Zhang** would be dealing baccarat at Casino 1 that evening.

- On or about September 27, 2017, **NI** traveled to Casino 1 with others for the purpose of executing the scheme. **NI** and **NI**'s associates played baccarat at Casino 1, at **Zhang**'s baccarat table. While **Zhang** was dealing, **Zhang** exposed the deck of cards to **NI**. Per their agreement, **NI** recorded the exposed cards on **NI**'s cell phone. **Zhang** then failed to shuffle a portion of the deck, placing them into play in the same order as they were exposed to **NI**. **NI** and **NI**'s associates then placed large bets when the unshuffled portion of the deck came into play. **NI** and **Zhang** successfully executed the scheme at Casino 1, and won over $850,000 in less than four hours.

- **NI**, together with others, knowingly transported more than $5,000 of scheme proceeds across state lines.

- On or about September 28, 2017, **Zhang** lied to investigators at Casino 1 about **Zhang**'s knowledge of and participation in the scheme.

The funds that **NI** and **Zhang** stole from Casino 1 in September 2017 were transported across state lines from Maryland to New York. Between July 2017 and September 2017, the

total loss caused by **NI**, **Zhang**, and their coconspirators through the execution of their scheme at Casino 1 and Casino 2 was at least $1,046,560.

SO STIPULATED:

_____
Erin B. Pulice
Molissa H. Farber
Assistant United States Attorneys


x _____
Chenguang Ni
Defendant


_____
Barry Goldberg, Esq.
Counsel for Defendant

Rev. August 2018

12